CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2011

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 7:02CR00024 |
| Plaintiff, ) | |
| ) | |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| DAVID WILLIAM BROWN, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendant. ) | |

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that Daniel William Brown's motion pursuant to 28 U.S.C. § 2255 is **DENIED**; and this action is **STRICKEN** from the docket of the court.

Further, finding that Brown has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE