CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 23 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 7:02-CR-024 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID WILLIAM BROWN, | ) | By:  Michael F. Urbanski |
| | ) | United States District Judge |
| Petitioner. | ) | |

### ORDER

For the reasons set forth in the accompanying memorandum opinion, the court

**ORDERS** as follows:

(1) Petitioner David William Brown's habeas corpus petition, ECF No. 160, is **GRANTED** and the United States' motion to dismiss, ECF No. 169, **DENIED**.

(2) Petitioner's sentence on Count Two imposed pursuant to the Armed Career Criminal Act is **VACATED**.

(3) Petitioner will be resentenced on both Count One and Count Two on a date to be determined by the Clerk in Roanoke, Virginia. Counsel are **DIRECTED** to promptly contact the Clerk to schedule an expedited sentencing hearing.

(4) The United States Marshal is **DIRECTED** to facilitate Petitioner's transportation and appearance at his resentencing.

(5) An expedited Amended Presentence Investigation Report **SHALL** be prepared in advance of sentencing reflecting this Court's ruling and without application of the Armed Career Criminal Act.  Any objections or memoranda regarding sentencing shall be filed on an expedited basis and no later than seven days prior to resentencing.

The Clerk is **DIRECTED** to file this Order and provide copies to counsel and the

United States Probation Office.

It is **SO ORDERED**.

Entered:  12/23/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge